```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
DEMAND ELECTRIC, INC.,                   :
                                         :
                    Plaintiff,           :
                                         :
    - against -                          :
                                         :
INNOVATIVE TECHNOLOGY HOLDINGS, LLC,     :      20 Civ. 02127
                                         :
                                         :
                    Defendant.           :
----------------------------------------X
INNOVATIVE TECHNOLOGY HOLDINGS, LLC,     :
                                         :
                    Plaintiff,           :
                                         :
    - against -                          :
                                         :
DEMAND ELECTRIC, INC. et al.,            :      20 Civ. 03273
                                         :
                                         :
                    Defendants.          :      ORDER
----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/16/2020

**VICTOR MARRERO, United States District Judge.**

Upon review of the complaints and other papers filed with the Court in connection with the two cases captioned above, the Court noted that in all material respects the complaints describe the same or substantially similar underlying events arising out of the same or substantially similar operative facts, and that the plaintiff and defendant in the lower numbered action, 20 Civ. 02127, are the defendant and plaintiff, respectively, in the higher-numbered action, 20 Civ. 03273. Accordingly, it is hereby

1

**ORDERED** that the Clerk of Court is directed to consolidate these actions for all pretrial purposes; and it is further

**ORDERED** that all filings in connection with the consolidated action be docketed against the remaining lower numbered case, 20 Civ. 02127; and it is finally

**ORDERED** that the Clerk of Court close the referenced higher numbered case, 20 Civ. 03273, as a separate action and remove it from the Court's docket.

**SO ORDERED.**

Dated:   July 16, 2020
         New York, New York

_____
Victor Marrero
U.S.D.J.