```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
INNOVATIVE TECHNOLOGY HOLDINGS,         :
LLC,                                    :
                                        :
                    Plaintiff,          :
                                        :
        - against -                     :
                                        :
DEMAND ELECTRIC, INC., et al.,          :
                                        :   20 Civ. 2127 (VM)
                                        :
                    Defendants.         :
----------------------------------------X
```

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #:_____
DATE FILED: 1/25/2021

**ORDER**

**VICTOR MARRERO, U.S.D.J.:**

The parties are directed to submit a joint-letter and proposed Case Management Plan as previously described. (See 20-cv-3273, Dkt. No. 20.) Moving forward, the parties are directed to use this consolidated case number (20-cv-2127) for all filings in both this and the related matter.

**SO ORDERED:**

Dated:   New York, New York
         25 January 2021

                                        _____
                                        Victor Marrero
                                        U.S.D.J.