Demand ElectricUNITED STATES U.S. DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEMAND ELECTRIC, INC., <br><br> Plaintiff, <br><br> -against- <br><br> INNOVATIVE TECHNOLOGY HOLDINGS, LLC, <br><br><br> Defendant. <br><br> INNOVATIVE TECHNOLOGY HOLDINGS, Limited Liability Company <br><br> Plaintiff, <br><br> -against- <br><br> DEMAND ELECTRIC, INC. and DEMAND ELECTRIC NYC, INC., <br><br> Defendants. | 20-CV-02127 (VM) (VF) <br><br> **<u>ORDER SCHEDULING ORAL ARGUMENT</u>** |

**VALERIE FIGUEREDO, United States Magistrate Judge:**

Oral argument on the pending motion for summary judgment (ECF No. 12) is hereby scheduled for **Tuesday, March 14, 2023 at 10:00 a.m.,** in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York. Counsel are required to follow the Court's COVID-safety protocols and should review the Court's website in advance of the argument for the most up to date information.

DATED: January 26, 2023
        New York, NY

_____
VALERIE FIGUEREDO
United States Magistrate Judge