UNITED STATES U.S. DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DEMAND ELECTRIC, INC.,

        Plaintiff,

  -against-

INNOVATIVE TECHNOLOGY
HOLDINGS, LLC,

        Defendant.

---

INNOVATIVE TECHNOLOGY
HOLDINGS, Limited Liability Company

        Plaintiff,

  -against-

DEMAND ELECTRIC, INC. and DEMAND
ELECTRIC NYC, INC.,

        Defendants.

20-CV-02127 (VM) (VF)

**ORDER CANCELLING
ORAL ARGUMENT**

---

**VALERIE FIGUEREDO, United States Magistrate Judge:**

The oral argument previously scheduled for Tuesday, March 14, 2023 is hereby

**cancelled**. The Court will decide the pending motion for summary judgment based on the parties'

existing submissions.

DATED: March 2, 2023
      New York, NY

_____
VALERIE FIGUEREDO
United States Magistrate Judge