**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

DEMAND ELECTRIC, INC.,

                Plaintiff,

      -against-

INNOVATIVE TECHNOLOGY HOLDINGS, LLC,

                Defendant.

20 **CIVIL** 2127 (VF)

**JUDGMENT**

-----------------------------------------------------------X

INNOVATIVE TECHNOLOGY HOLDINGS, Limited Liability Company,

                Plaintiff,

      -against-

DEMAND ELECTRIC, INC. and DEMAND ELECTRIC NYC, INC.,

                Defendants.

-----------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 30, 2023, Innovative's motion for summary judgment is GRANTED. Innovative is entitled to an award of $395,433.64, the outstanding sum due for the invoices, plus pre-judgement interest on that amount, at the statutory rate of 9% per year, beginning on July 3, 2019, in the amount of $133,288.22. Further, Innovative is entitled to post-judgment interest at the rate identified in 28 U.S.C. § 1961, to be calculated from the date the Clerk of Court enters judgment in this action until the date of payment by the Demand Entities.

**Dated:** New York, New York
        March 31, 2023

                                    **RUBY J. KRAJICK**

                                    **Clerk of Court**
                    **BY:**    *K. Mango*

                                    **Deputy Clerk**